**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILED UNDER SEAL** |
| | ) | |
| **Plaintiff,** | ) | **Criminal No.** 26-20383 TLP |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2** |
| | ) | **18 U.S.C. § 1343** |
| **DEREK VAL PIERRE-PAUL and** | ) | **18 U.S.C. § 1349** |
| **BRIODEN JEAN,** | ) | OUR CASE NO: 26-6668-MJ-SHAW-WILDER |
| | ) | |
| **Defendants.** | ) | |

FILED BY AT D.C.
Nov 13, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

# INDICTMENT

**THE GRAND JURY CHARGES:**

## Background

1. One increasingly common form of cybercriminal activity is called "vishing" or "voice phishing." In one type of vishing attack, a fraudster calls an unsuspecting victim and impersonates the customer service or fraud department at the victim's bank. The fraudster uses an impersonated or "spoofed" phone number to make the call look like it originates at the victim's bank. While speaking to the victim, the fraudster displays knowledge of the bank's processes and may even make specific references to the victim's account activity. The fraudster convinces the victim to give them their account credentials, or that there is an urgent need for the victim to move their account deposits into a different account that is managed by the fraudster, not by the victim's bank. Once account access is gained or victim funds are moved by the victim into fraudster-provided accounts, the victim's funds are swept away into a money mule network that makes it difficult for the victim to trace or recover.

2. A "money mule" is someone who knowingly or unknowingly transfers or moves fraudulently acquired money on behalf of someone else. Fraudsters often direct proceeds of their fraudulent schemes to and through money mules to obfuscate the criminal origins of the fraud proceeds. Often, several layers of money mules are used to achieve the goal of obfuscation.

3. The Internet is a means and facility of interstate and foreign commerce.

4. An IP address (Internet Protocol address) is a number assigned to devices that use the Internet to communicate. The IP address contains location data that allows devices and websites connected to the same networks to communicate and share data.

5. Cloudflare, based in San Francisco, California, is a global Internet infrastructure and cybersecurity company that, among other things, protects website IP addresses from being detected through open-source search tools. The normal activities of Cloudflare took place in interstate and foreign commerce.

6. DigitalOcean, based in Broomfield, Colorado, uses a global cloud infrastructure to, among other things, host customer Internet activities on virtual private servers (VPS) in the form of a subscription service. The normal activities of DigitalOcean took place in interstate and foreign commerce.

7. Google is a multi-national technology corporation with headquarters in Mountain View, California, whose normal activities take place in interstate and foreign commerce.

8. Telegram is a cloud-based, cross platform instant messaging service with headquarters in Dubai, United Arab Emirates, whose normal activities take place in interstate and foreign commerce.

9. VoIP (Voice-over-IP) is a technology that allows users to originate phone calls from devices on the Internet.

10. **DEREK VAL PIERRE-PAUL** resided in Florida and, at all times relevant, utilized the Google accounts jwill11455@gmail.com, sleep@gmail.com, minuy@gmail.com, blueboyz239@gmail.com, and others, in interstate and foreign commerce.

11. **BRIODEN JEAN** resided in Florida and, at all times relevant, utilized the Google accounts bford1195@gmail.com, maisondept13@gmail.com, and brandyourself13@gmail.com in interstate and foreign commerce.

## COUNT 1

### Conspiracy to Commit Wire Fraud – 18 U.S.C. § 1349

Paragraphs 1 through 11 are re-alleged and incorporated by reference as if fully set forth herein.

12. Between in and around November 2023 and November 2026, in the Western District of Tennessee and elsewhere, the defendants,

**DEREK VAL PIERRE-PAUL and**
**BRIODEN JEAN,**

and others known and unknown to the grand, knowingly and willfully conspired and agreed, together and with each other, to commit the offense of wire fraud; that is, the defendants:

(a) Pursuant to Title 18, United States Code, Section 1343, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute such scheme and artifice, transmitted

and caused to be transmitted in interstate and foreign commerce certain wire communications.

## Object of the Conspiracy

13. It was the object of the conspiracy that the defendants would unjustly enrich themselves and each other by conducting vishing fraud schemes in interstate commerce via custom-built VoIP-enabled cybercriminal services including but not limited to one such service called M3. Moneys obtained by fraud were laundered through a network of money mules.

## Manner and Means

The object of the conspiracy was to be accomplished by the following manner and means, among others:

14. It was part of the conspiracy that in and around September 2023, **PIERRE-PAUL** stood up a VoIP service architecture called M3 for cyber-enabled criminal activity. Use of M3 accelerated significantly in and around September 2025. **PIERRE-PAUL** was the sole administrator of M3 and actively managed the service during the times alleged herein.

15. It was further part of the conspiracy that during September 2025 to November 2026, **PIERRE-PAUL** and a female associate known to the Grand Jury made monthly payments to DigitalOcean for hosting the M3 digital architecture on DigitalOcean's virtual private servers.

16. It was further part of the conspiracy that during at least March 2025 and continuing until at least January 2026, **PIERRE-PAUL** advertised the M3 cybercriminal service on Telegram and described to prospective users how to use the service to imitate

a bank while calling a customer. **PIERRE-PAUL** provided prospective users with access to M3 and with credits for continued use of the service in exchange for payment.

17. It was further part of the conspiracy that on or about November 2, 2023, **JEAN** first joined the M3 cybercriminal service and, as designed by **PIERRE-PAUL**, began using it to conduct vishing fraud schemes in interstate commerce. **JEAN's** use of M3 accelerated significantly in and around September 2025.

18. It was further part of the conspiracy that during in and around September 2025 through May 2026, **PIERRE-PAUL**, **JEAN**, and other coconspirators known and unknown to the Grand Jury, placed tens of thousands of vishing calls using the M3 cybercriminal service to unsuspecting bank customers across the United States, including more than 1,200 vishing calls or attempted vishing calls to phone numbers with area codes assigned to the Western District of Tennessee, that is, area codes 901 and 731.

19. It was further part of the conspiracy that on or about November 14, 2025, using the M3 cybercriminal service, **JEAN** called Midsouth Imaging located in Germantown, Tennessee, at phone number 901-747-1000 while spoofing Truist Bank at phone number 844-487-8478 for the purpose of defrauding Midsouth Imaging.

20. It was further part of the conspiracy that on or about January 22, 2026, using the M3 cybercriminal service, **JEAN** called Sawyer Nursery in Michigan at phone number 616-669-9094 while spoofing Macatawa Bank at phone number 877-820-2265 for the purpose of defrauding Sawyer Nursery.

21. It was further part of the conspiracy that on or about January 28, 2026, using the M3 cybercriminal service, **JEAN** called Daywind Music Group in Hendersonville,

Tennessee at phone number 615-822-4524 while spoofing First Horizon Bank at phone number 800-382-5465 for the purpose of defrauding Daywind Music Group.

22. It was further part of the conspiracy that on or about February 11, 2026, using the M3 cybercriminal service, **JEAN** called Hicks Convention Services located in Memphis, Tennessee, at phone number 901-272-1171 while spoofing Bank of Bartlett at phone number 901-382-6600. During the call, **JEAN** misrepresented himself to the CEO of Hicks Convention Services and attempted to gain account credentials to access the bank account of Hicks Convention Services.

**<u>COUNTS 2-3</u>**

**Wire Fraud – 18 U.S.C. § 1343**

The facts set forth in paragraphs 1 through 11 and paragraphs 13 through 22 above are re-alleged and incorporated by reference as if fully set forth herein.

23. On or about each of the dates set forth, in the Western District of Tennessee and elsewhere, having devised, intended to devise, and participated in the aforesaid scheme and artifice to defraud, and for the purpose of obtaining money and property by means of false and fraudulent pretenses, representations, and the concealment of material facts, the defendants, being aided, abetted, counselled, and induced each by the other,

**DEREK VAL PIERRE-PAUL and**
**BRIODEN JEAN,**

did, for the purpose of executing the aforesaid scheme and artifice and in furtherance thereof, transmit and caused to be transmitted in interstate and foreign commerce certain wire communications, each wire communication constituting a separate count:

| Count | Date | Description |
|---|---|---|
| 2 | 11/14/2025 | VoIP call by **JEAN** using M3 cybercriminal service to Midsouth Imaging located in Germantown, TN at phone number 901-747-1000 while spoofing (impersonating) Truist Bank at phone number 844-487-8478 |
| 3 | 2/11/2026 | VoIP call by **JEAN** using M3 cybercriminal service to Hicks Convention Services located in Memphis, TN at phone number 901-272-1171 while spoofing (impersonating) Bank of Bartlett at phone number 901-382-6600 |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

**A TRUE BILL:**

**DATED: November 5, 2026**

DAVID DUNAVANT Digitally signed by DAVID DUNAVANT Date: 2026.11.03 16:58:00 -06'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**